UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Dennis M. Cavanaugh |
| v. | : Crim. No. 10-82 (DMC) |
| BARRINGTON DELISSER | : <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Amy Luria, Assistant U.S. Attorney, appearing), and defendant Barrington Delisser (Richard Verde, Esq., appearing) for an order granting a second continuance of the proceedings in the above-captioned matter to permit plea negotiations to continue, as well as to permit both parties sufficient time to prepare for trial, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Both the United States and the defendant desire additional time for plea negotiations, which may render trial of this matter unnecessary;

2. Both parties require additional time to effectively prepare for trial;

3. The grant of a continuance will likely conserve judicial resources;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 13 day of September, 2010,

IT IS ORDERED that this action be, and hereby is, continued for a period from the date of this Order through and including January 18, 2011; and it is further

ORDERED that the period from the date of this Order through and including January 18, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

Defense motions: <u>Dec. 1, 2010</u>
Opposition: <u>Jan. 1, 2011</u>
Motions hearing: <u>Jan. 7, 2011</u>
Trial: <u>Jan. 18, 2011</u>

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

_____
AMY LURIA
Assistant U.S. Attorney

_____ 9/8/10
RICHARD VERDE
Counsel for defendant Barrington Delisser