UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 10-82 (DMC) |
| BARRINGTON DELISSER | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Adam N. Subervi, Assistant U.S. Attorney, appearing), and defendant Barrington Delisser, Richard Verde, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter to continue discovery and plea negotiations, prepare for trial, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which could render any trial of this matter unnecessary;

(2) Both parties require additional time to prepare for trial;

(3) The grant of a continuance will likely conserve judicial resources;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFOR, on this 3RD day of ~~December~~ JANUARY, ~~2010~~ 2011,,

IT IS ORDERED that this action be, and hereby is, continued for a period from the date of this Order through and including March 15, 2011; and it is further

ORDERED that the period from the date of this Order through and including March 15, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calender for this matter shall be revised as follows:

> Defense Motions: <u>Jan. 15, 2011</u>
> Opposition: <u>Feb. 12, 2011</u>
> Motions hearing: <u>Mar. 1, 2011</u>
> Trial: <u>Mar. 15, 2011</u>

-2-

HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

ADAM N. SUBERVI
Assistant U.S. Attorney

RICHARD VERDE  12/22/10
Counsel for defendant Barrington Delisser

-3-