NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **Hon. Dennis M. Cavanaugh** |
| v. | : | |
| | : | **OPINION** |
| BARRINGTON DELISSER | : | Criminal No. 10-82 (DMC) |
| | : | |
| | : | |
| | : | |
| | : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

    This matter comes before the Court upon a series of motions made by Defendant Barrington Delisser ("Defendant") and the United States of America (the "Government"). After considering the submissions of the parties, and for the reasons stated in this Court's Opinion filed on this day;

    IT IS on this 8th day of March, 2011;

    ORDERED that Defendant's motion for a hearing to suppress all evidence seized is **denied**;

    ORDERED that Defendant's motion to conduct a hearing to determine the admissibility of any statements by him to law enforcement is **denied as moot**;

    ORDERED Defendant's motion to compel the Government to produce a list of potential witnesses is **denied**;

    ORDERED that Defendant's motion seeking an order to produce all "rough notes" created in the course of its investigation is **granted**;

    ORDERED that Defendant's motions to disclose any and all Brady, Gigilio, and Jencks materials are **granted**;

    ORDERED Defendant's motion to compel disclosure of the identity of a confidential source

is **reserved**;

ORDERED Defendant's motion for a hearing to determine the admissibility of any statements made by co-conspirators is **reserved**;

ORDERED that the Government's motion for an order seeking reciprocal discovery from Defendant is **granted**;

S/ Dennis M. Cavanaugh<br>Dennis M. Cavanaugh, U.S.D.J.

Original:      Clerk's Office
cc:            All Counsel of Record