NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 10-CR-82 (DMC) |
| BARRINGTON DELISSER, | |
| Defendant. | |

This matter comes before the Court upon motion by *pro se* Defendant Barrington Delisser ("Defendant") for the appointment of *pro bono* counsel pursuant to 28 U.S.C. § 1915(e)(1); and the Court having reviewed all submissions;

**WHEREFORE** Defendant has not demonstrated an inability to afford counsel;

**WHEREFORE** Defendant did not apply to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

IT IS on this 6 day of November, 2013;

**ORDERED** that Defendant's motion for *pro bono* counsel pursuant to 28 U.S.C. § 1915(e)(1) is **denied**.

Dennis M. Cavanaugh, U.S.D.J.

Orig.: Clerk's Office
cc: All Counsel of Record
File